ADAM PAUL LAXALT
Nevada Attorney General
JOHN L. WARD IV
Deputy Attorney General
Nevada Bar No. 12513
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1134
E-mail:  jward@ag.nv.gov

*Attorneys for Defendants Michael Cruse,
Ronald Hannah, E.K. McDaniel, Jack Palmer,
and John Peery*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CSECH,<br><br>         Plaintiff,<br><br>vs.<br><br>MR. HANNAH, et al.,<br><br>         Defendants. | Case No.  3:13-cv-00292-MMD-WGC<br><br>**PARTIES' STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CIVIL ACTION WITH PREJUDICE** |

Plaintiff Robert Csech (through limited-appointment counsel Amy Rose, and limited-appointment guardian ad litem Holly Welborn), and Defendants Michael Cruse, Ronald Hannah, E.K. McDaniel, Jack Palmer, and John Peery, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and John L. Ward IV, Deputy Attorney General (collectively "Parties"), hereby stipulate to the following:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dismissal of Plaintiff's above-captioned civil action, *with* prejudice, each party to bear his or her own costs.

**SO STIPULATED:**

Dated: Mar. 25, 2015

By: /s/ Amy Rose
AMY ROSE
Nev. Bar No. 12081
Temporary-Appointment Counsel
For Plaintiff Robert Csech
(NDOC No. 51121)

Dated: Mar. 25, 2015

By: /s/ Holly Welborn
HOLLY WELBORN
Nev. Bar No. 13986
Temporary-Appointment Guardian ad Litem For Plaintiff Robert Csech
(NDOC No. 51121)

Dated: Mar. 25, 2015

ADAM PAUL LAXALT
Attorney General

By: /s/ John L. Ward IV
JOHN L. WARD IV
Nev. Bar No. 12513
Deputy Attorney General
Attorneys for Defendant

## ORDER

In contemplation of the *Parties' Stipulation of Dismissal of Plaintiff's Civil Action With Prejudice*, this Court approves the same and so orders dismissal of Plaintiff's civil action with prejudice.

**IT IS SO ORDERED.**

Dated: this 21st day of April, 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE